```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
           SOUTHERN DIVISION
```

| | |
|---|---|
| **PRESTON TATLOR,** | * |
| | * |
|    Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO.17-00325-WS-B |
| | * |
| **THE STATE OF TEXAS/HARRIS CO.,** | * |
| | * |
|    Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner's petition be transferred to the Southern District of Texas, Houston Division.

**DONE** this 27th day of February, 2018.

                                           **s/WILLIAM H. STEELE**
                                           **UNITED STATES DISTRICT JUDGE**