IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PRESTON TATLOR, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 17-00325-WS-B |
| THE STATE OF TEXAS/HARRIS CO., | * |
| Defendant. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioners's petition be transferred to the Southern District of Texas, Houston Division.

**DONE** this 27th of February, 2018.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE